DECEMBER 17, 1973

No. 73–519.  TURNER ET AL. *v.* EGAN ET AL.  Affirmed on appeal from D. C. Alaska.  MR. JUSTICE DOUGLAS would postpone question of jurisdiction to hearing of case on the merits.

No. 73–583.  LOUISVILLE & NASHVILLE RAILROAD CO. *v.* UNITED STATES ET AL.  Affirmed on appeal from D. C. W. D. Ky.  MR. JUSTICE POWELL took no part in the consideration or decision of this appeal.

No. 73–599.  OUTPOST DEVELOPMENT CORP., DBA LYDIA FELDMAN METHODS *v.* UNITED STATES ET AL.  Affirmed on appeal from D. C. C. D. Cal.

No. 73–601.  AMERICAN TRUCKING ASSNS., INC., ET AL. *v.* UNITED STATES ET AL.  Affirmed on appeal from D. C. W. D. Tex.

No. 73–639.  TEXAS-OKLAHOMA EXPRESS, INC., ET AL. *v.* UNITED STATES ET AL.  Affirmed on appeal from D. C. N. D. Tex.

No. 73–658.  SEEHAWER ET AL. *v.* SCHMIDT, SECRETARY, DEPARTMENT OF HEALTH AND SOCIAL SERVICES OF WISCONSIN ET AL.  Affirmed on appeal from D. C. E. D. Wis.

No. 73–656.  VIRDEN ET UX., DBA CHILLED FRESH FRUIT CO. *v.* SCHAFFNER, DIRECTOR OF REVENUE OF MISSOURI.  Appeal from Sup. Ct. Mo. dismissed for want of substantial federal question.